IN THE UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

| | |
|---|---|
| IBE LYLES, <br>     PLAINTIFF, <br><br> V. <br><br> THE STATE OF DELAWARE, <br> DEPARTMENT OF JUSTICE, <br> ROSS FLOCKERZIE, <br> ALLISON ABESSINIO, <br> WILMINGTON POLICE DEPARTMENT, <br>     DEFENDANTS. | CIVIL ACTION <br><br> 18 - 173 <br><br> IN RE: OF: <br><br> THE STATE OF DELAWARE, <br><br> V. <br><br> IBE LYLES |


FILED JAN 30 2018 U.S. DISTRICT COURT DISTRICT OF DELAWARE

INITIAL COMPLAINT UNDER 42 § 1983

THE ABOVE CAPTIONED LITIGANT IBE LYLES NOW COMES BEFORE THIS HONORABLE COURT UNDER THE PROVISIONS SET FORTH IN 42 § 1983 WITH CLAIMS OF CONSTITUTIONAL INFRINGEMENTS BY ALL OF THE ABOVE CAPTIONED DEFENDANTS. THESE CLAIMS INCLUDE BUT ARE NOT LIMITED TO MALICIOUS PROSECUTION IN VIOLATION OF FUNDAMENTAL FAIRNESS AND EQUAL PROTECTION OF LAW ON BEHALF OF DEPARTMENT OF JUSTICE, ROSS FLOCKERZIE AND ALLISON ABESSINIO. DEFENDANTS HAVE MALICIOUSLY OUTSIDE OF THE SCOPE OF THE LAW PURSUED PROSECUTION ON PLAINTIFF "LYLES" IN VIOLATION OF THE UNITED STATES CONSTITUTION AND DEFENDANTS HAVE BEEN PRESENTED WITH "GROSS" EVIDENCE IN SUPPORT OF LYLES LEGAL INNOCENCE. INFACT THE STATE AGENTS HAVE WENT ABOVE AND BEYOND TO KEEP "LYLES" INCARCERATED WITH LEGAL PLEADINGS AND MOTIONS PRESENTED TO THE NCC SUPERIOR COURT AND DELIBERATLY PULLED FROM THE DOCKET TO PREVENT JUDGES FROM INTERVENTION. THESE DEFENDANTS WILL BE PURSUED IN THEIR PERSONAL CAPACITY AS WELL AS SOME CLAIMS IN REGARDS TO THEIR OFFICIAL CAPACITY. THE PLAINTIFF WILL PROVIDE A MOTION FOR FUTURE AMENDMENT OF THIS COMPLAINT DUE TO THE FACT HE IS CURRENTLY PRO SE AND MUST GATHER THE LEGAL MATERIALS

(1)

AND REQUIRED LEGAL AUTHORITIES FROM THE LAW LIBRARY AND THE LAW LIBRARY PROCESS OR PROCEDURE WILL ONLY ALLOW HIM TO ORDER LIMITED LAW AT ONE TIME PER WEEK.

WHEREFORE, THE PLAINTIFF ASK THIS HIGH COURT TO FILE THE COMPLAINT AND ASSIGN A CIVIL ACTION NUMBER.

RELIEF WILL BE FURTHER STATED IN ACCORDANCE WITH LEGAL GUIDLINES.

SUA SPONTE,

IBE LYLES ID: 00271768
H.R.Y.C.I
1301 E. 12TH STREET
WILMINGTON, DE 19802

DATED: 01-28-18

(2)

I/M IBE Lyles
SBI# 717768  UNIT ZF
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
P.O. BOX 9561
WILMINGTON, DELAWARE 19809

FILED
JAN 30 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 N. KING ST.
WILM., DE. 19801